UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

IN RE:                                                                CASE NO.: 24-14427
                                                                                                   CHAPTER 13

Roger E. Thomas,
    Debtor.

_____/

**REQUEST FOR SERVICE**

        **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2006-1, Home Equity Pass-Through Certificates, Series 2006-1, U.S. Bank National Association, as Trustee ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                       Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                       Attorney for Secured Creditor
                                       13010 Morris Road, Suite 450
                                       Alpharetta, GA 30004
                                       Telephone: 470-321-7112
                                       Facsimile: 404-393-1425

                                By: /s/Chetan Gopal
                                       Chetan Gopal
                                       Email: cgopal@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 30, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ROGER E. THOMAS
18394 CHESTNUT ST.
LEXINGTON PARK, MD 20653

And via electronic mail to:

STEINER LAW GROUP, LLC
PO BOX 17598
PMB 83805
BALTIMORE, MD 21297

REBECCA A. HERR
CHAPTER 13 TRUSTEE
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD 21401

By: /s/Journie Morosky